

U.S. Department of Justice

*United States Attorney*

*District of Delaware*

| | |
|---|---|
| *Patricia C. Hannigan*<br>*Direct Dial: 302-573-6277x156*<br>*Facsimile: 302-573-6643* | *1007 Orange Street*<br>*Suite 700*<br>*Wilmington, Delaware 19899-2046*<br>*(302) 573-6277* |

January 11, 2007

United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   United States v. Lynne D. Twyman-Milton

Dear Sir/Madam:

Enclosed, please find an original and two copies of Praecipe to File Assignment of Judgment and Certified Copy of Direction for Entry of Judgment by Default. Please register the judgment in your court and return two certified copies to this office.

If you have any questions, I can be reached at the number listed above.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

By: *Reneé A. Austin*
Reneé A. Austin
Paralegal Specialist

Enclosure

File No. 2006Z00091

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     :

      Plaintiff     :

v.     : MISCELLANEOUS NO.

LYNNE D. TWYMAN-MILTON,     :

      Defendant     :

PRAECIPE TO FILE ASSIGNMENT OF JUDGMENT AND CERTIFIED
COPY OF DIRECTION FOR ENTRY OF JUDGMENT BY DEFAULT

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Please file the attached Assignment of Judgment in the District Court for the District of Delaware in favor of the United States of America, Plaintiff, and against **LYNNE D. TWYMAN-MILTON,** defendant, originally entered as Case No. 93C-09-203-1-CV, on October 29, 1993, in the Superior Court, New Castle County, Delaware, in the amount of $16,071.76, plus interest from the date of Judgment at the rate of 7.875% computed daily and compounded annually until paid in full, plus costs of suit, the balance being $39,422.68 as of January 5, 2007.

                                      COLM F. CONNOLLY
                                      United States Attorney

By: _____
          Patricia C. Hannigan
          Assistant United States Attorney
          Delaware Bar I.D. No. 2145

## ASSIGNMENT OF JUDGMENT

I, ROBIN JOHNS, representing the Student Loan Marketing Association/Loan Servicing Center/Indianapolis (Sallie Mae) of 11100 USA Parkway, P.O. Box 6180, City of Fishers, County of Hamilton, State of Indiana, in consideration of the sum of $16,071.76, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign the judgment, recovered by Sallie Mae on 10/29/93, docketed in the Superior Court, new Castle County, Delaware, Case No. 93C-09-203-1-CV, against LYNNE D TWYMAN, Acct #9530889181, for $16,071.76 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Loan Servicing Center/Indiana address is: 11100 USA Parkway, PO Box 6180, Fishers, IN 46038, (800)251-4127.

The DHHS address is: U.S. Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 2B-60, Rockville, MD 20857, (301) 443-1782.

I have executed this assignment at Loan Servicing Center/Indianapolis the 17th day of August, 2006.

_____
ROBIN JOHNS

Case # 93C-09-203J  X-16-485

STUDENT LOAN MARKETING ASSOCIATION

vs

LYNNE D. TWYMAN AKA
LYNNE D. TWYMAN-MILTON

STATE OF DELAWARE )
              )SS.
NEW CASTLE COUNTY )

I, Sharon Agnew, Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, do hereby certify that the foregoing contains a true copy of:

93C-09-203J  X-16-485   *AND THE UNDERLYING DOCKET ENTRIES AS RECORDED ON 10/29/1993.

in the case there stated as the same now remains of record in the Superior Court of the State, at Wilmington.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this 4TH day of DECEMBER A.D. 2006.

_____Sharon Agnew_____
Prothonotary

STATE OF DELAWARE )
              )SS.
NEW CASTLE COUNTY )

I, Richard R Cooch, Resident Judge of the Superior Court in and for New Castle County of the said State, do hereby certify that the foregoing record and attestation made by Sharon Agnew, Prothonotary of the said Court, whose name is hereto subscribed, and to which the seal of said Court is affixed, are in due form and made by the proper officer.

IN TESTIMONY WHEREOF, I hereunto set my hand this 4TH day of DECEMBER A.D. 2006.

_____Richard R Cooch_____
Resident Judge

STATE OF DELAWARE )
              )SS.
NEW CASTLE COUNTY )

I, Sharon Agnew, Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, do certify that the Honorable Richard R. Cooch, by whom the foregoing attestation was made, and whose name is hereto subscribed; was at the time of making thereof and still is Resident Judge of Superior Court of New Castle County of the said State, duly commissioned and sworn, to all whose acts as such, full faith and credit are, and ought to be, given, as well in Courts of Justice as elsewhere.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this 4TH day of DECEMBER A.D. 2006.

_____Sharon Agnew_____
Prothonotary

PROTHONOTARY FILED
'93 OCT 29 P2:50

IN THE SUPERIOR COURT OF THE

STATE OF DELAWARE

NEW CASTLE COUNTY

| | |
|---|---|
| STUDENT LOAN MARKETING ASSOCIATION a foreign corporation<br><br>Plaintiff,<br><br>v.<br><br>LYNNE D. TWYMAN aka LYNNE D. TWYMAN-MILTON<br><br>Defendant(s). | No. 93C-09-203-1-CV<br><br>SS# 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 |

### DIRECTION FOR ENTRY OF JUDGMENT BY DEFAULT

The Defendant(s) in the above case, having failed to appear and plead or otherwise defend as provided by the rules of this Court, the Plaintiff, by its attorney, Jeffrey P. Wasserman, annexes an affidavit and directs the entry of a Judgment for the Plaintiff and against the Defendant(s) for the amount shown as follows:

Principal              $16,071.76
Attorney Fees          $ 4,017.94
Plus accrued interest up to July 14, 1993 of $5,274.93

Plus interest from and after July 14, 1993, at an annual percentage rate which is equal to a variable rate which is calculated by the Secretary for each calendar quarter and computed by determining the average of the bond equivalent rate for the 91 day U.S. Treasury Bills auctioned during the preceding quarter, plus 3.5 percent, see interest rate as indicated on the promissory note, rounding this figure up to the nearest 1/8th of 1 percent all as per said promissory note, together with a reasonable attorney's fee and all costs of this action, and for such further relief as this court deems just and proper until judgment is paid in full.

Plus costs

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY _____

BY: _____
Jeffrey P. Wasserman, Esquire
Attorney for Plaintiff
CICONTE, ROSEMAN & _____

```
                    SUPERIOR COURT   NEW CASTLE COUNTY
                        AS OF 12/04/2006            PAGE      1
93C-09-203J
 FILED   October 29,1993           JUDGMENT
 JUDGE:                            NON ARBITRATION
 STATUS:   NEW   E-FILED:          NON-JURY TRIAL

                 STUDENT LOAN MARKETING
                 ASSOCIATION
                                   -- VS --
                 LYNNE D TWYMAN AKA
                 LYNNE D TWYMAN-MILTON

10/29/1993       1  JUDGMENT FILED 10/29/1993.  X-16-485
                    (JEFFREY WASSERMAN, ESQ.)
```

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY [signature: Patricia J. Battersby]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Assignment of Judgment and Certified Copy of Direction for Entry of Judgment by Default was served upon defendant by depositing same in the United States mail, postage prepaid, this 5th day of January, 2007, addressed to:

**Lynne D. Twyman-Milton**
1112 Stonebridge Boulevard
New Castle, DE 19720

Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277